IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE ESTATE OF KATHERINE SARAH  :
MORRIS, et al.                  :
                                :
    v.                          :  Civil Action No. DKC 13-3383
                                :
ISAAC JEROME GOODWIN, et al.    :
                                :

**ORDER TO SHOW CAUSE**

This action was removed to this court November 13, 2013. Plaintiff Estate of Katherine Sarah Morris is not represented by counsel. Pursuant to Local Rule 101.1.a, all parties other than individuals must be represented by counsel. The Estate must have counsel enter an appearance or be subject to dismissal. Accordingly, it is this 20th day of November, 2013, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Plaintiff Estate of Katherine Sarah Morris IS DIRECTED to show good cause within fourteen (14) days of the date of this Order why its claims in the complaint should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b);

2. The Clerk SHALL MAIL a copy of this Order to Plaintiff and transmit a copy to counsel for Defendants.

                              /s/
                    DEBORAH K. CHASANOW
                    United States District Judge