December 16, 2013

Re: Civil Action No. DKC 13-3383

The Estate of Katherine Sarah Morris (Goodwin)

V.

Isaac Jerome Goodwin

Dear Honorable DEBORAH K. CHASANOW, United States District Judge

FILED ENTERED
LODGED RECEIVED
DEC 23 2013
AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEP

Defendants Isaac V. and Silver Goodwin are the parents for the Isaac V. Goodwin husband of the deceased Katherine Morris Goodwin, who committed suicide on May 6, 2012, oppose the continued harassment and defaming slanderous pursuant because of her beliefs. The plaintiff is the mother and cannot speak on the behalf of adultery (which is not a crime that occurs in many marriages) and NO written documentation from the deceased wife on police records of abuse. ONLY KATHERINE MORRIS can speak of any marriage challenges and sadly she is deceased.

I have enclosed documentation over and over of several investigations which found Isaac J. Goodwin not guilty of BAH fraud or foul play in the death of his wife. The plaintiff's son in law and husband of the deceased was in Afghanistan out the states serving his country when the wife took her own life.

NOBODY that remains on this earth will EVER know the real reason why she would take her life one week before Mother's Day and two weeks before her college graduation. The only person she caused definite hurt was her mother. There was an underline pressure to please everybody and I do believe she felt that marrying the one she loved and her mother detested, that she could not make a choice who to remain with after her college graduation, but chose to leave them both.

Unfortunately the mother Marguerite Morris had previous knowledge of her daughter suicidal ideation and factual documented suicide attempt but pursued personal financial repayment for herself in January 2012 before Katherine's suicide in May 2012. The plaintiff Marguerite Morris knew her daughter being married to a military man came with financial gain and benefits being a divorced military wife herself.

As stated in her initial letter to Major Wang in January of 2012, she was seeking financial gain for herself for assisting her daughter financially because of her fix income; in the previous months before her son in laws departure to Afghanistan she never ever stated anything about adultery or abuse. The plaintiff Marguerite Morris only wanted financial compensation for helping her daughter.

The plaintiff never stated any VERBAL conversation her daughter discussed any type of adultery issues or abuse her daughter suffered. The entire adultery/abuse is hearsay from friends/family that is angry and need someone to blame for her committing suicide after several attempts. Now the ONLY TWO PEOPLE that can speak on any adultery "FACT" is deceased(wife Katherine Morris Goodwin) and the husband Isaac J. Goodwin other has been mentally/emotional stressed of losing his wife, harassed, threaten via social media by the Plaintiff Marguerite Morris as she stated in the letter he would wish he was dead.

The plaintiff Marguerite Morris (who is a divorcee) knows that marriages/relationships have issues. Marriages survive by the decisions we make as the plaintiff Marguerite Morris chose to divorce her husband. Our sons' wife with the pressures from her mom not liking her husband and her loving her husband was overwhelmed and chose the most horrific way out taking her life.

The plaintiff Marguerite Morris had done all she threatened to do to her son in-law in her letter written to his family. We as the defendant's parents of Isaac J. Goodwin have also experienced a loss of not knowing if our son is alive or dead. Isaac J. Goodwin mental capacity of stress and harassment from plaintiff Marguerite Morris, loss of his job due to onset of excessive drinking after death of his wife pursuant by the plaintiffs mother continued badgering of his military location creating a unsafe hostile environment (DUI for driving military vehicle),

continued social slanderous websites created by the plaintiff Marguerite Morris, continued newspaper defaming personal opinions of what she thinks has broken all communications from his family.

Nothing will bring back my sons wife and the plaintiffs' daughter Katherine Morris Goodwin. The plaintiff Marguerite Morris has pursued financial again from contacting the army Major Wang, suing the insurance company then when that was not granted to her she filed for annulment of the marriage. Then when that was not granted she pursued a civil suit which it is documented that she has a history of suing for her own financial gain.

The plaintiff Marguerite Morris has had no time to grieve nor has she allowed her son in-law to grieve the loss of his wife. The last moment he had with his wife was a viewing at a funeral home because of the hostile nature the funeral direct states the mother was in when my husband and daughter picked my son up from the airport after he arrived from Afghanistan. NO matter what our son Isaac J. Goodwin wife wrote of her LOVE for her husband not of abuse or adultery.

The plaintiff Marguerite Morris and mother of my son's deceased wife (Katherine Morris) can NEVER say the love her daughter had or did not have for her husband. The fact remains only TWO people can fairly and factually speak of their marriage, which would be Isaac J. and Katherine Morris Goodwin. The remaining family and friends can only give perceptions, beliefs and state what they heard (which may not be factual but opinionated).

Cordially Yours,

Silver Goodwin

*[signature]*

Isaac V. Goodwin

*[signature]*