# ROLLINS LAW GROUP

*131 East Main Street,  Elkton, Maryland 21921*

---

*Telephone:410-398-1870*
*Facismile:410-392-5373*
*www.rollinsandrollins.com*

*E. Ellis Rollins, Esquire*                                    *C. Evan Rollins, Esquire*

September 3, 2013

Clerk of the Court
Circuit Court for Saint Mary's County
41605 Courthouse Drive
Leonardtown, MD  20650

# FILED

SEP – 4 2013
**CIRCUIT COURT**
**FOR**
**ST. MARY'S CO., MD.**

Re:    The Estate of Katherine Sarah Morris, et al. v. Isaac Jerome Goodwin, et al
        Case No.:  18-C-13-911

Dear Clerk:

Please find enclosed for filing a Memorandum and Statement of Grounds and Authorities in
Support of Defendant Rosa Brown's Motion to Dismiss and Motion to Dismiss for Lack of
Personal Jurisdiction and Failure to State a Claim upon Which Relief Can Be Granted and for
Reasonable Attorney's Fees.

Very truly yours,

C. Evan Rollins
CER/slk
Enclosures
Cc:    Willie Morris
        Marguerite Morris
        Isaac Goodwin
        Latoya King
        MA Borwn
        JA Singer