**LAW OFFICE OF MARTIN J. SNIDER**
ATTORNEY AT LAW
203 DREAMS LANDING WAY
ANNAPOLIS, MARYLAND 21401

MARTIN J. SNIDER*

* ADMITTED IN MD, DC & VA

OFFICE (410) 841-6200
FAX (410) 841-5350

MJSNIDER@EARTHLINK.NET

CLERK OF CIRCUIT COURT
ST. MARY'S COUNTY, MD
FILED
2013 OCT -7 PM 12: 06

Marcel

please send me the 22 page complaint + 36 page amended complaint in Estate of Katherine Sarah Morris et al. v Isaacs Goodwin et. al. Case # 18-C-13-000911

Thanks,

[signature]

Case: 18-C-13-00011
Copy-Photo
TOTAL $29.00
Receipt #2013000008858
Cashier: SMC CCSMCR1
10/07/13 1:15PM