# ROLLINS, SMALKIN, RICHARDS & MACKIE, L.L.C.

JAMES P. O'MEARA
PAUL G. DONOGHUE
JAMES R. ANDERSEN
DENNIS C. WHELLEY*
ANDREW T. NICHOLS*
THOMAS E. NEARY#*

*ADMITTED TO THE D.C. BAR
+ALSO ADMITTED IN PA.
#ALSO ADMITTED IN N.Y.

Attorneys at Law
401 North Charles Street
Baltimore, Maryland 21201-4405

Phone: (410) 727-2443
Fax: (410) 727-4497
Web Address: www.rsrm.com
Email: admin@rsrm.com
Blog: RollinsSmalkin.blogspot.com

ELAINE R. WILFORD+
JAMES A. BUCK
DERRICK H. DYE
TARA A. BARNES*
ALICYN C. CAMPBELL
DANIELLE A. WILLIAMSON
CATHERINE A. SIMANSKI

Of Counsel
THOMAS C. GENTNER

tneary@rsrm.com

December 30, 2013

Circuit Court for St. Mary's County
41605 Courthouse Drive
P. O. Box 676
Leonardtown, MD 20650
ATTN: Janet Supensky

    Re:    Our file #3441.130465
             <u>The Estate of Katherine Sarah Morris, et al. v. Isaac Jerome Goodwin, et al.</u>
             Case No. 18-C-13-000911 OT

Dear Sir/Madam:

    This letter shall serve as confirmation of your discussion with my secretary today regarding the above-referenced matter. This case, by filing of the Notice of Filing Petition for Removal (28 U.S.C. §1446(b)) filed on November 11, 2013, has been removed from this Court and is now under the jurisdiction of the United States District Court for the District of Maryland. The new case number in this matter is 8:13-cv-03383-DKC.

    If you have any further questions or concerns, please do not hesitate to contact me.

                                    Very truly yours,

                                    Thomas E. Neary

TEN/krw
cc:  Marguerite R. Morris
      Willie J. Moore
      C. Evan Rollins, Esquire
      Isaac Jerome Goodwin
      Silver Goodwin